IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Nationwide Judgment Recovery, Inc. as assignee of Matthew E. Orso, in his capacity as successor court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com for Receiver Kenneth D. Bell<br>        Plaintiff,<br><br>Marissa Carpenter (a member of the Defendant Class of Net Winners) in ZeekRewards.com); Todd Disner, et al,<br><br>        Defendant. | Case No. 3:21-mc-00135 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to F.R.C.P. 41 of the Federal Rules of Civil Procedure, the plaintiff(s) and/or its counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against **the following Garnishees**, FirstCapital Bank of Texas, NA, First United Bank, United Heritage Credit Union, US Bank NA, Wells Fargo Bank, NA, BancorpSouth Bank, JP Morgan Chase Bank, Citibank, NA, and BBVA Bank.

Date:   8/6/2021                                Respectfully submitted,

/s/ Robert C. Newark, III
Robert C. Newark, III
State Bar No. 24040097
1341 W. MOCKINGBIRD LANE, STE 600W
DALLAS,  TEXAS 75247
(866)230-7236
(888)316-3398 (FAX)
office@newarkfirm.com - email
ATTORNEY FOR PLAINTIFF